```
1  LAWRENCE G. BROWN
   Acting U.S. Attorney
2  MICHELLE RODRIGUEZ
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

**SEALED**

**FILED**

AUG 1 3 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>     v.<br>[sealed],<br>            Defendant. | MAG. NO. SW - 0 2 5 2   DAD<br><br>FED. R. CRIM. PRO. 41(f)(3)<br>MOTION TO DELAY NOTIFICATION<br>OF THE EXECUTION OF THE SEARCH<br>WARRANT AND (PROPOSED) ORDER |

### MOTION

HEREBY, the United States moves that this Court enter an order, pursuant to Fed. R. Crim. Pro. 41(f)(3), to delay notification of the execution of the search warrant in this matter. The United States submits that (a) notification to the sender or intended recipient of the items to be searched would have an adverse impact upon the ongoing investigation, and (b) the Court, having issued the search warrant, has found probable cause the items contain contraband (illicit drugs). The United States requests that notice of the execution be delayed for a reasonable time not to exceed 60 days.

DATED: August 13, 2009

LAWRENCE G. BROWN
Acting U.S. Attorney

By _____
MICHELLE RODRIGUEZ
Assistant U.S. Attorney

US MOTION UNDER FRCP 41(f)(3)                                    1

**ORDER**

Hereby, the United States' motion, pursuant to Fed. R. Crim. Pro. 41(f)(3), to delay notification of the execution of the search warrant in the above captioned matter is **GRANTED**.

The United States is **ORDERED** to provide notice (to the sender or intended recipient of the items to be searched) of the search warrant's execution on or before 60 days from the date of this order.

DATED:  8/13/09

HON. DALE A. DROZD
U.S. Magistrate Court Judge

US MOTION UNDER FRCP 41(f)(3)                                                           2