```
1  McGREGOR W. SCOTT
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

**FILED**

OCT - 7 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　v.<br>[sealed],<br>　　　　Defendant. | 2:09-SW-0252 DAD<br><br>MOTION TO UNSEAL SEARCH WARRANT AND ALL ASSOCIATED DOCUMENTS, AND (proposed) ORDER |

**MOTION**

HEREBY, the United States moves that this Court enter an order to unseal the search warrant and all associated documents in the above captioned matter. Defendant has been arrested obviating further need for sealing these documents.

DATED: October 6, 2009            LAWRENCE G. BROWN
                                  U.S. Attorney

                            By    /s/Michelle Rodriguez
                                  ─────────────────────
                                  MICHELLE RODRIGUEZ
                                  Assistant U.S. Attorney

**ORDER**

The United States' motion to unseal the search warrant and all associated documents in 2:09-SW-0252 DAD is GRANTED.

DATED:  10/6/09                   _____
                                  HON. KIMBERLY J. MUELLER
                                  U.S. Magistrate Court Judge